IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERRAL SCHRAY STUART                                          PLAINTIFF

v.                                        Civil No. 4:17-CV-04120

OFFICER CALDWELL and CORPORAL                                DEFENDANTS
BROWN


## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff

proceeds *pro se* and *in forma pauperis.*  Currently before the Court is Defendants' Motion to

Compel.  (ECF No. 25).

On July 25, 2018, Defendants filed a Motion to Compel seeking an Order compelling

Plaintiff to respond to Defendants' First Set of Interrogatories and Request for Production of

Documents, which included a Medical Authorization.  (ECF No. 25.)  In their Motion, Defendants

state they first served the discovery requests on Plaintiff on April 23, 2018.  On June 12, 2018,

Defendants sent correspondence to Plaintiff asking him to respond to the past-due discovery

request and informing him they would file a Motion to Compel if he failed to respond.  Plaintiff

has not responded.  (*Id.*).

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond

to discovery requests.  Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A).  Plaintiff did not request an

extension of time to respond to Defendants' discovery requests.  Therefore, Plaintiff has failed to

respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 25) is **GRANTED.**  Plaintiff is

**DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00**

**p.m. on Thursday, August 16, 2018.** Plaintiff is advised that failure to comply with this Order

may result in summary dismissal of this case.

IT IS SO ORDERED this 26th day of July 2018.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE