IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERRAL SCHRAY STUART                                                              PLAINTIFF

v.                                      Case No. 4:17-cv-04120

OFFICER CALDWELL and CORPORAL BROWN                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 14, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 30. Judge Bryant recommends that this matter be dismissed without prejudice for Plaintiff's failure to comply with an order of the Court and the Court's local rules and failure to prosecute the case. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge